

ACCEPTED
15-24-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 4:15 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 4:15:07 PM
CHRISTOPHER A. PRINE
Clerk

Charles C. Webb, Jr.
Benny M. Cason
Parker S. Webb
Patrick L. Beam
Matthew S. Manning
Stephen J. Chapman
Craig Rogers

March 26, 2025

Christopher A. Prine, Clerk
**Fifteenth Court of Appeals**
P.O. Box 12852
Austin, Texas 78711

> **Re:**   **Court of Appeals Number:  15-24-00089-CV**
> **Trial Court Case Number:  207-CCV-61016-1**
>
> **Style:  Texas Department of Public Safety**
> **v. Leroy Torres**

Dear Mr. Prine:

This letter serves to inform the Court that attorney Brian Lawler will be presenting oral argument scheduled on April 15, 2025, on behalf of Plaintiff, Leroy Torres regarding the above matter.

Sincerely,

/s/ Stephen J. Chapaman
Stephen J. Chapman

SJC/jp

A PROFESSIONAL CORPORATION* 710 N. Mesquite Street* Corpus Christi, Texas 78401
**Phone: (361) 887-1031 Fax: (361) 882-7779 Email:** rsalinas@wcctxlaw.com

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Pena on behalf of Stephen Chapman
Bar No. 24001870
jennifer@wcctxlaw.com
Envelope ID: 98931856
Filing Code Description: Letter
Filing Description: Letter informing the Court who will appear for Oral Argument
Status as of 3/26/2025 4:42 PM CST

Associated Case Party: Texas Department of Public Safety

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 3/26/2025 4:15:07 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 3/26/2025 4:15:07 PM | SENT |

Associated Case Party: Leroy Torres

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stephen Chapman | 24001870 | steve@wcctxlaw.com | 3/26/2025 4:15:07 PM | SENT |
| Brian J.Lawler | | blawler@pilotlawcorp.com | 3/26/2025 4:15:07 PM | SENT |
| Matthew Manning | 24075847 | service@wcctxlaw.com | 3/26/2025 4:15:07 PM | SENT |